IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3093 |
| | ) | |
| v. | ) | |
| | ) | |
| LISA ANN ROSENBERG, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon the unopposed motion (filing 98) of the defendant,

IT IS ORDERED:

1.     The defendant's unopposed supplemental motion to extend the defendant's self-surrender date (filing 98) is granted;

2.     The defendant's self-surrender date to the Federal Bureau of Prisons is hereby continued to no earlier than March 18, 2013, at a time and place to be determined by the Bureau of Prisons; and

3.     Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal.  The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

DATED this 6th day of December, 2012.

BY THE COURT:

s/ *Richard G. Kopf*

Senior United States District Judge