IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiffs,

vs.

LISA ANN ROSENBERG,

        Defendants.

4:11CR3093

**DETENTION ORDER**

    The defendant was sentenced to a term of imprisonment on March 7, 2012, and was granted the opportunity to self-surrender ninety days thereafter. The defendant remained subject to the conditions of defendant's pretrial release while awaiting the self-surrender date.

    A Petition was filed alleging the defendant had violated the terms of defendant's pretrial release. (Filing No. 100). A hearing was held on the Petition, and the allegations were found to be true.

    IT IS ORDERED:

1) The allegations of the Petition for Action on Conditions of Pretrial Release (filing no. 100), are undisputed, and the court finds the defendant has violated the conditions of defendant's pretrial release.

2) The defendant is detained pending further direction from the sentencing judge.

January 17, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge