IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:11CR3093** |
| vs. | |
| LISA ANN ROSENBERG, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 148), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at St. Monica's, Lincoln, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the St. Monica's facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization: 1) Defendant shall immediately report to law enforcement officer or to her supervising officer; and/or 2) the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at St. Monica's by 9:00 a.m. on July 19, 2017. The Marshal shall release the defendant to the Federal Public Defenders Office for transport to St. Monica's. Defense counsel shall confer with the Marshal to discuss the location and arrangements of release for transport.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide the defendant with a 30-day supply of any currently prescribed medication.

July 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge