IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3093 |
| v. | ) | |
| LISA ANN ROSENBERG, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion to Dismiss (filing 152) is granted. The Petition for Offender Under Supervision (filing no. 135) is dismissed without prejudice. The defendant's January 11, 2018, revocation hearing is canceled.

DATED this 9th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge