IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:11CR3093 |
| vs. | |
| LISA ANN ROSENBERG, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's unopposed motion to modify conditions of release, (Filing No. 169), is granted.

2) The Court's prior order, (Filing No. 166), is modified as follows: Upon Defendant's anticipated completion or discharge from treatment at NOVA on November 8, 2018, the defendant is permitted to transition to Fresh Start in Lincoln, Nebraska.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

Dated this 5th day of November, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge